```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF VIRGINIA

                      Alexandria Division
```

JOSE CAMINERO, et al.,           )
                                 )
    Plaintiffs,                  )
                                 )
        v.                       )     1:07cv800 (JCC)
                                 )
WELLS FARGO BANK, N.A. d/b/a/    )
AMERICA'S SERVICING CO.,         )
et al.,                          )
                                 )
    Defendants.                  )

## **O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Defendant Wells Fargo Bank, N.A. d/b/a America's Servicing Co.'s Motion to Dismiss is GRANTED;

(2) Defendant Nationstar Mortgage, LLC f/k/a Centex Home Equity Co., LLC's Motion to Dismiss is GRANTED; and

(3) the Clerk of the Court shall forward copies of this Order to all counsel of record.

THIS CAUSE IS CONTINUED.

March 5, 2008                         _____/s/_____
Alexandria, Virginia                          James C. Cacheris
                                      UNITED STATES DISTRICT COURT JUDGE